October 9, 2020

Dear Judge Wright:

My name is Ted Alpert, and I am Tony's sponsor in the 12-Step program, Sex Addicts Anonymous ("SAA", saa-recovery.org). As Tony's sponsor, I have guided him through the 12-steps of the program and acts as his confidant, mentor, and sounding board.

I first became Tony's sponsor around September 2015 shortly after Tony joined the SAA program in June 2015.

Sex Addicts Anonymous is a fellowship of men and women who share their experience, strength, and hope with each other so that we may solve our common problem. The only requirement for membership is a desire to stop compulsive sexual behavior. SAA is not affiliated with Alcoholics Anonymous but is based on the 12-steps of AA. SAA's primary purpose is to create a fellowship where sex addicts can support each other to stay sexually healthy and to help other addicts achieve freedom from sexual addiction.

**Tony is committed to his recovery.**

Over the last 5 years, I have known Tony to be an active and engaged in the program. Not only has Tony done the work of the 12 steps, I know he is fully committed to the program voluntarily attending 1-2 face-to-face meetings per week initially and increasing to 4-5 meetings since June 2017. With Covid, all of the meetings have moved to Zoom and I know Tony continues to be an active participants (I attend 4-5 meetings per week and I see Tony at most of the same meetings that I attend). See chart on next page (note that Tony maintains a daily

log of the meetings that he has attended back to June 2015; the logs are available upon request).



SAA meetings provide Tony an outlet for sharing his feelings and other issues in his life. I see Tony actively engaged in these meetings.

Tony is also active in "being of service" to the Program. He has served in several roles within the groups acting as the meeting leader (Secretary), treasurer, phone list and literature person. He is now a sponsor himself in the program sponsoring 3 guys. When we had face-to-face meetings, he regularly attended fellowship either before or after the meetings.

A key concept within the recovery is staying connected with other brothers in the program. Although initially reluctant in the beginning, Tony now makes approximately three calls per day and regularly receives 1-3 calls from other brothers. Tony and I regularly talk 1-2 times per week. As Tony says, "One call saves two lives".

Tony also regular attends his weekly sessions with a professional therapist.

**Tony is remorseful for what he has done**

As his sponsor, Tony has shared with me all of his sexual history including his illegal use of pornography. I have seen Tony take responsibility for his actions; he does not blame anybody else. We have talked a lot about how he regrets what he has done and only wished that he knew about sex addiction and SAA recovery prior to crossing the line. He knows what he did was wrong and remorseful for the damage that he has done. I have seen him personally punish himself with shame and guilt and tears.

In the SAA program, we observe the practice of making amends for our wrongs. Tony and have discussed how to make amends for his wrongs and I know that Tony has voluntarily committed to making a regular monetary contribution to organizations that work to end sex trafficking.

Tony recognizes that he needs recovery.

**Tony is a man of faith**

Since getting into recovery, I have known Tony as a regular church goer as his Catholic faith and its teachings provides Tony with a solid spiritual connection. Since I have met him, I have seen Tony change from an attitude of Tony being "in charge", to Tony seeking the love, support, and guidance from his Higher Power/God in dealing with all of life's issues. I know Tony prays and reads a passage in the Bible every morning (we sometimes discuss the reading) to stay connected to his faith.

**Tony is a totally different person today than he was 5 years ago.**

As Tony's sponsor for the last 5 years, I have witnessed firsthand Tony's progress in his recovery.

When I first meet Tony, he had a wall around himself allowing nobody to truly know who Tony is. Today, Tony is much more open about his feelings, willing to share them and he has tools and outlets for dealing with them. He is honest with himself and others. He no longer hides behind a mask of being stoic; but speaks openly and is willing to be vulnerable. Prior to program, Tony had no close male friends to confide in. Now many guys in program would consider Tony a friend.

In my opinion, Tony is on a journey to heal and not repeat the illegal behaviors of his past; he now a sober man.

**Tony needs to be in a place where he has access to the resources he needs to continue his recovery**

As Tony's sponsor for the last 5 years, my focus is exclusively on Tony's recovery. I am concerned that prison is not the right place for Tony to continue his journey. Tony needs access to the resources of the SAA program including regularly attending meetings, outreach calls, literature, a sponsor, and the access to sponsor other guys in recovery.

Tony is no longer a risk or harm to society; Tony is sober and diligently continuing to work his program of recovery.

I honestly believe that Tony will be better off if he continues his journey of recovery outside of prison through some type of diversion program as well as continue to actively participate in the SAA program and private therapy.

Tony has achieved so much recovery on his own initiative over the last 5 years by working the program. It makes no sense to interrupt that recovery in a prison environment which is void of real access to the tools of recovery.

Submitted respectfully,

*[signature]*

Ted Alpert

Office of Professor Benjamin Salazar, MS, LMFT#52049,
Doctoral Candidate.
District Attorney's Victims of Crime Mental Health
Provider & PTSD Specialist

October 9, 2020

To: The Honorable Otis D Wright II

I am writing this letter on my own volition, free of any type of duress and under penalty of perjury and if I was to testify in person I would swear to the same.

I'm a tenured professor. I'm licensed marriage, family, child therapist for 15 years specializing in Victims of Crime contracted through the Los County District Attorney's office. I am also certified and specialize in drug and behavioral addictions and work with those afflicted regularly. I also serve as a court referral for individuals who suffer from those types of addiction and DCFS cases. I have served the court with expert testimony in at least a dozen cases. I'm currently a clinical psychologist doctoral candidate at a local university.

I met Tony Tartaglia as a result of working at Glendale Community College over the past 15 years. Over the years our friendship has grown, and we have shared many hours over meals and coffee. We have shared intimate details about our positions at the college and our relations with our family members. Tony has shared about his relationships with his siblings and his nieces and nephews who he adores and cares about. I know Tony has never experienced any legal trouble in his life.
When Tony experienced his arrest five years ago he came to me immediately and describe what happened.

I can say with certainty, Tony Tartaglia has always served Glendale Community College, the student body therein and the community at large with integrity and morality.

Although, I am a licensed clinician and a doctoral student, I have not been nor will I ever be Tony's therapist.
It is my professional opinion that Tony Tartaglia is not a pedophile. He has not ever or does not remotely fit the DSM -5 clinical criteria for Pedophile Disorder and has not or does not pose a threat or danger to the community.

Your Honor, If I may be of any help whatsoever please do not hesitate for yourself or your clerk to call me for any information. Thank you for reading this.
Sincerely,

*Professor BenSal MS LMFT #52049*

Professor Benjamin Salazar, MS, LMFT, #52049

phone: 323-793-4944 | fax: 818-551-5272 | 1545 N. Verdugo Rd. Suite #203 Glendale, 91208 | bsalazar@glendale.edu

# Michael Stanley

6527 Denny Avenue, North Hollywood, CA 91606
(818) 510-1630 • jeepsblues@gmail.com

October 7, 2020

To Whom It May Concern:

I am writing this letter in support of my friend and program brother Tony Tartaglia. I have known Tony for four years in program through meetings and fellowship. During this time, I have seen a man who has grown enormously as an individual, in mental, emotional and spiritual ways. I have seen Tony overcome negative experiences from his past and come to terms with himself and the circumstances that led to his appearance in court.

Tony is a very honest and caring individual. He shows the utmost support to other brothers in the program around these same issues. I see Tony as someone who wants to help others, not harm them. As a credentialed teacher, and therefore a mandated reporter, I strongly believe that Tony is in no way a threat to anyone in the community. He knows what he has done is wrong, he understands the gravity of his situation and he absolutely has no intention of harming anyone now or in the future.

In conclusion, I state my unequivocal support for Tony as a man who has changed and evolved for the better over the course of the last five years. As I'm sure you know, he has always been active in his community and given generously of himself and his time for the benefit of others. It is this Tony that I believe stands before you now, and he is deserving of the court's mercy and compassion. Please don't hesitate to contact me if you have any questions or want more information.

Sincerely,

Michael Stanley

**Michael Johnson**
PO Box 464
La Canada CA 91012

October 9, 2020

Hon. Otis D. Wright II
Judge, United States District Court
Central District of California
350 West First Street
Los Angeles CA. 90012

Dear Judge Wright:

I am writing to you regarding the criminal sentencing of Anthony Tartaglia, whose case is pending in your court.

I have been a member of the California State Bar since 1976 and have served the legal profession in various capacities through the present time. Tony Tartaglia has been my friend for more than 15 years. While I know very little about the details of the conduct underlying his criminal charges, I know a great deal about his general character and conduct in the community.

Through the 15 years that I have known him, my contact with Tony has been close and consistent. We are members of a hiking group that gets together every Saturday morning. Most Saturdays, Tony and I and the others spend several hours together hiking in the local mountains; we have also done some backpacking in the Sierras. When you are hiking up and down trails, there's not much more to do than talk, and we have all had extensive discussions about our work, family, activities, and views about current events. I think this has given me a good insight into Tony's general character.

Tony and I have also had other forms of contact. He has visited my house on many occasions and had contact with my wife, my daughter, and our friends. Tony has invited my wife and me to events, where I have met Tony's family members and seen him interact with his family and their children. Tony has invited me to some of his work-related events, where I have seen him interact with his business associates and the public. I think this has given me good insight into Tony's community conduct.

Based upon my close and consistent contact with Tony over the years, I can say without qualification that I believe his general character and conduct in the community has been exemplary. I know Tony to be a conscientious and caring person, who will quickly volunteer to help others and assist worthy organizations. I have never seen Tony act inappropriately toward others or express inappropriate thoughts or opinions.

Hon. Otis D. Wright II
Judge, United States District Court
Central District of California
October 9, 2020
Page 2

I am sure that you are aware of Tony's work history and contributions at the Southern California Gas Company; his extensive community and charitable activities in Glendale and the Southern California area; and his membership and contributions to his church. These positive activities are entirely consistent with what I have seen of Tony's general character and community conduct.

Needless to say, with these views, I was shocked to hear about Tony's criminal charges. I cannot explain the incongruity between those charges and the general character and community conduct that I have seen. But I can say that Tony has taken the charges against him to heart. He has stated that he fully accepts responsibility for his actions. Over the past several years, I have seen that Tony has worked very diligently to understand and correct his behavior.

For all the reasons I have expressed, I hope that you will give Tony favorable consideration in your sentencing decisions.

Very truly yours,

Michael Johnson

To Whom It May Concern:

**RE: Character reference for Anthony Tartaglia**

I provide this reference in full knowledge of Mr. Tartaglia's charge of possession of child pornography.

I am a retired pre-school teacher/director and taught over 30 years. After retirement I was a tutor at Valley Family Center for five years. I am now fully retired and take care of my elderly mother and husband as he goes through cancer treatment. I used to help take care of my granddaughters when my daughter worked. To say I love children is an understatement.

I have known Anthony Tartaglia all his life as his older half-sister. My parents divorced and he is a child of my father's second marriage. Although we were raised in different households, and the fact I am 17 years his senior, we are very close as adults. He often looks up to me as the hub of our family. I have never worried about physical inappropriateness on his part and I still don't. He has never been inappropriate with any child that I know.

My three granddaughters aged 14 and 12, are the light of my life and I would NEVER want anything bad to happen to them. They are loving, caring and intelligent. Anthony has been a very big part of their lives since they were born. In fact, he is Godfather to the oldest. He plays outdoors with them, goes to kid's movies with their family and is their favorite person in the whole wide world. When asked why you love Uncle Tony so much their answer is, "Because he is a kid like us!"

As the girls mature, their relationships have matured. He contributes to their college funds on a regular basis and believes strongly that it takes a village to raise healthy children. He is an active force in their education, always answering questions and encouraging knowledge. He helps them study for tests with creativity and care.

We spend every Sunday together as Family Day. At holidays when the whole family gets together or at birthday parties, all the children wanted to include Anthony either on the swing set, playing ball or on the trampoline. The kids all love him and his high energy. Now as they have all begun to mature there are less parties with kids but definitely family time. I would not want to take him from their lives since he is such a positive force in their lives. I also would not want to remove them from his life. That would be a sad mistake for everyone concerned.

Anthony is very active in the community as he works in External affairs for the gas company and was President of the Trustees at Glendale City College. He is on many Chamber of commerce committees. He is on the board at the San Fernando Valley Rescue Mission in Reseda. These are just a few of his involvements in the community.

I know personally from conversations we have had that he is utterly despondent over the impact of his actions. He immediately entered SAA and personal counseling to help himself and goes faithfully every week. The change he has exhibited with us due to over five years of counseling is noticeable. Our entire family continues to be dedicated to supporting Anthony and the means for his complete rehabilitation.

If you should have any questions for me, feel free to contact me at 818-480-8636 or at 17340 Osborne Street, Sherwood Forest, CA 91325

Respectfully submitted,

Madeline Carpiac

<u>Reference: Anthony Tartaglia</u>

To Whom It May Concern,                                             October 8, 2020

I am providing this reference knowing of Anthony's charge of : Possession of Child Pornography.

My name is Laura Sinnema. I am a former Special Education Teacher for preschool aged, Special Needs children. I taught for over 19 years and children and their welfare have always been important to me.

I have known Anthony Tartaglia all of my life, as he is my mother's younger brother. Uncle Tony, as we call him, is an uncle, and friend as well. He is very involved in my and my family's life. I have three daughters, ages 14 and 12 (twins) that are my first priority always, and I have never had nor have at the present, any concerns of any inappropriateness concerning Tony's interaction with them.

Tony is a huge part of my daughters' lives since birth. So much so, that we asked him to be the Godfather to our oldest daughter, Hannah, knowing that family and religion are of utmost importance to him.

When Tony comes to family get-togethers, he is the center of my daughters' attention. They argue about who will sit next to him at the dinner table, who will jump on the trampoline with him and who gets to sit on the couch next to him. They love that he comes down to their level and is truly interested in their lives and what is going on with each of them. I have spent a considerable amount of time watching my children interact with Tony, both before and after him entering the legal system on late October 2019. I have never witnessed any inappropriate behavior.

Prior to October 2019, Tony was present at every soccer game that my girls played in, cheering them on and offering support. My girls love him and his youthful energy. I want nothing more than for Tony to continue to be a part of their lives as well as my girls be a part of his life.

My husband and I are confident that his weekly meetings and counseling sessions are bringing him inner peace and helping Tony to overcome his issues.

If you should have any questions, please contact me at (h) 818-998-0662/© 323-663-3305.


Respectfully Submitted,

*Sinnema*

Laura Sinnema

10/8/20

To Whom It May Concern,

I'm writing on behalf of Tony Tartaglia. I would like to provide a reference letter in regard to his recovery and his standing as a fellow human being.

Tony and I share a program called Sex Addicts Anonymous. I've known Tony for about 4 years and have watched his progress in the program. I personally have over 27 years of sobriety away from my bottom-line behaviors which were an addiction to pornography and strippers. I have sponsored many men. Those who are successful have 2 things in common – honesty and willingness. It sounds so simple but is far from it. Most men run for cover when they become aware of the type of rigorous honesty they have to exert to get well. It is something emotionally that just can't be overcome no matter how often they come to meetings. They either have it or they don't. Tony has honesty and willingness in spades. He is somebody I feel comfortable talking to because I know he understands feelings that lead to self-destruction. Once those feelings are acknowledged we can make different choices. But there is no way for somebody in "denial" to make different choices. They are controlled by their addiction.

Because Tony shows me all the characteristics of a man on a new path, one that leads to growth and a new life, I heartily endorse Tony's freedom and see him as no threat to society or his family. As he speaks about children and nieces in his family, I hear the love and concern for their safety without any "creepiness" or unwanted comments. A lot of us, myself included, acted in more of a private manner with our addiction and not so much in public or with other people. I never got the feeling Tony's addiction got beyond a private thing, giving me even more assurance that he is no threat to me or anyone else.

Sincerely,
Jeff Witzeman

October 9, 2020

To Whom It May Concern:

My name is Gabriel Haigazian and today I'm writing a Character Reference letter for my dear friend Tony Tartaglia, whom I've known for about five years.

I first met Tony at an SAA (Sex Addicts Anonymous) meeting in Burbank, California. When I walked in afraid and alone, Tony was one of the first men to walk over to me, introduce himself and make me feel safe and secure. Shortly thereafter, we exchanged our story of why and how we got to an SAA meeting. It's important to note that I am a gay man who has been out for well over 25 years. I've also been married to my husband for almost 13 years. As we began to share our stories, Tony told me that he too was a gay man who for a very long time struggled with his identity/sexuality as a gay man. Over the last five years, Tony has demonstrated to me through his actions and his words what it means to approach your fears head on. I've been honored to be by Tony's side has he has gone through his journey of recovery, identifying as a gay man and being secure in his sexuality. Most importantly, it's been a gift so see Tony accept with humility his past errors and poor choices.

Tony and I have had many long and meaningful conversations over the last five years about his past behaviors which have landed him in the situation that he is in. Time and time again, Tony has taught me about redemption and about the true meaning of accepting and understanding the poor choices in his past. He has been very honest with me about the child pornography charges and the things he has done. I also now know Tony well enough to confidently tell you that he is a 100% different person than when I met him five years ago. Each and every day he strives to be a better man, a kinder human being living by the guiding principles of humility, dignity, love and honor. Tony often shares stories with me about his nieces and his grand nieces, who he loves fiercely. He would NEVER do anything remotely dangerous or harmful to these individuals, let alone any child out there. Tony has seen his darkest days and has learned from those mistakes. Each and every day, Tony's single mission is how to be a better human being and how to serve his fellow man. He is always thinking about others first, be it his beautiful mother or be it me or one of our other close friends.

Tony has been an angel to me, gently landing in my life just when I needed him the most. We've taught each other the true meaning of repent, remorse and to self-correct the wrongs of our past. I for one would be lost without Tony in my everyday life. I can say with all certainty that Tony does not pose an ounce of danger to the community. Incarcerating him would be a terrible loss to me and all of those around him who love and support him, as he loves and supports us.

Sincerely,

Gabriel Haigazian

FROM THE DESK OF
# David Wolter

October 9, 2020

To Whom It May Concern,

I've known Tony Tartaglia for four years as a brother in Sex Addicts Anonymous, but in my phone his contact info is saved as "Tony Angel," because of his habit of describing the time federal agents entered his home to confiscate the computers he'd used to access child pornography as a day that he was "visited by angels."

I think what Tony meant is that the arrival of those agents marked the beginning of a season of profound transformation for him. I've been privileged to have a front row seat to that process, and the incredible progress he's made. I've listened as Tony has excavated his inner life, specifically his childhood trauma of having been sexually abused by a neighbor boy, then beaten by his father once the abuse was discovered. I've heard him wrestle with God, often through tears. I was there when he began to acknowledge his sexual orientation to the group for the first time. I've witnessed his struggle to be kind to himself, to open himself up to intimacy and friendship, and saw his growth in this area firsthand when he walked alongside me during the death of my son.

In Tony, I've seen a man who accepted responsibility for his actions, and then wholeheartedly embraced his messy, painful recovery journey with rare courage and vulnerability. He's a different man today than he was when I first met him four years ago. He's a better man.

I don't feel that Tony is a threat to society. I'd trust him to babysit my kids.

Sincerely yours,

*[signature]*

David Wolter

3823 N. PLAYER DRIVE,   COEUR D'ALENE, ID 83815   (714) 457-8313

David Viar
1360 Virginia Avenue
Glendale, CA 91202

October 6, 2020

Honorable Otis D. Wright II
Central District of California
First Street Courthouse
350 West 1st Street
Los Angeles, CA 90012

Dear Judge Wright,

I remember the telephone call in June 2015 when Tony Tartaglia called to inform me that he was expecting to be charged with possession of child pornography. He admitted he was guilty, told me he needed and would seek help to overcome his sexual issues, and vowed that he would do all he could to reform and make amends.

Mr. Tartaglia called me because I am the Superintendent/President of Glendale Community College District and at the time he was serving as an elected member of the board of trustees. He did not want me to be surprised and he wanted me to be prepared to address the issue as necessary so as not to damage the reputation of the college district when and if this information became public. He offered to resign at the time. In listening to him I was convinced his concern was not about his reputation but about the college. I was further convinced he was accepting responsibility for his actions.

During the next number of months, we had numerous direct and painful conversations as he attended "sex addicts anonymous" meetings and engaged in other therapy to address his sexuality and his addiction. I am not a professional in the field, but I sensed growth in fully accepting who he was and what he had to do to accept and change. While personally addressing forthright his problems, he continued to be focused on being an outstanding member of the governing board of the community college and helping lead the college to serve its community and students with distinction.

While I certainly cannot speak to his thoughts and actions every hour of his day, I personally and firmly believe he does not pose a threat to society and will continue to work with therapists and counselors to assure this is true.

Sincerely,

*David Viar*

David Viar

Dan B.
4424 Whitsett Ave., #109
Studio City, CA 90401
310.922.3819
Dan@apsystems123.com

October 11, 2020

The Honorable Otis D. Wright, II
United States District Court
Central District of California

Dear Judge Wright,

I am writing on behalf of Anthony Tartaglia, a defendant in your Court. I know Tony through a twelve step sexual recovery fellowship to which we both belong. Out of consideration for the anonymity of our fellowship I am not writing my complete last name here. Please feel free to contact me, however, for any further discussion, explanation, or testimony, or if you require my full name for any reason.

Tony is one of the best people I know. He is trustworthy, generous of spirit, and harmless. We met when I entered a sexual recovery program voluntarily after jeopardizing my marriage through my behavior. Tony had already been in the program for a year at that time. As a physician I was a bit touchy about turning to non-professionals for help with my feelings and behavior. I tried working closely with several people who turned out to be either still relapsing into addictive sexual behavior or convinced that the answers that worked for them should work for everyone. Tony was neither relapsing nor dogmatic. He was fair, perceptive, sober, and spoke from the heart, and I found myself paying closer attention to him as the initial months went by.

I saw how Tony managed his own recovery. He was scrupulous about such things as having group leaders initial an attendance sheet, disconnecting from the internet, attending meetings, and so on. In fact, I assumed that he was required to do these things as a pretrial condition and learned only much later that they were self-imposed!

More impressive was how honest Tony was about himself. Many people in these groups have a particular narrative that goes like this: something happened to me growing up and I became an addict as a result. Tony's story, however, was continually evolving as he learned more about himself and his fears. You could see that he was gaining a deeper understanding of his own history and that of the people he grew up with, especially his parents. I know that his therapy and the way he approached therapy was crucial in this regard, but the honesty, insight, and self-control he displayed was something you couldn't teach.

The other thing I noticed, and continue to have validated, is how reliable Tony is as a helper. When I was gathering names and numbers of people to call for support I asked people to specify what hours they may not be available. Tony's entry in my contact list thus became "Tony Anytime." I now call Tony in situations that are urgent and non-urgent as well. Regardless of what he may be going through at any given time I can count on him to be attentive, encouraging, and sober. Tony does not preach, but I

find also that a belief in God seems to inform a good deal of what he says, whether or not it is made explicit.

Today I meet with Tony weekly. We usually get together at Panera Bread for coffee on Sunday mornings. He is a great listener but also someone who is not afraid to tell you what he thinks. If he has something to say that may not coincide with my self-image he will say it with kindness. These meetings have been extremely helpful to me. They help to keep me sober, of course, but also help me to gain a deeper understanding of my insecurities, my vanities, and, even, my virtues. I am sure that today I am a better father, ex-husband, and doctor because of my meetings with Tony.

You may have the opportunity to hear from some of Tony's family, as well as his friends and colleagues. I am sure that they will be unanimous in their respect for him, their experience of his kindness and honesty, and their conviction that there is zero chance of his re-offending.

I wish to emphasize that in all of my discussions with Tony there has been no hint of any inclination to act out sexually or in any other way. Not even a smidgen of temptation. In my work I have seen a number of people struggling with various kinds of addictions and recognize the signs that someone is at risk. Although my letter is not submitted as expert testimony, in Tony I see absolutely no risk.

Tony is an important part my life, and it has been a privilege to be his teammate of his in recovery these past few years. I hope that Your Honor will take into consideration the personal qualities that define Tony in  adjudicating his case.

Thank you.

Sincerely,

/ Dan B /